**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 1:04cr72 LG** |
| | § | |
| **MICHAEL ANTHONY LOVE** | § | |

**ORDER DENYING MOTION FOR RETROACTIVE**
**APPLICATION OF SENTENCING GUIDELINES**

BEFORE THE COURT is the Defendant's pro se Motion [90, 96, 100] for Retroactive

Application of Sentencing Guidelines to Crack Cocaine Offense pursuant to 18 U.S.C. § 3582.

The Government filed a response in opposition, arguing that Love was sentenced based on his

status as a career offender, and therefore a reduction in the base offense level pursuant to the

recent retroactive amendment to the Sentencing Guidelines would have no effect on Love's

Guideline range.

Love was sentenced as a career offender pursuant to U.S.S.G. § 4B1.1. Accordingly, the

Court finds that Love is not entitled to a sentence reduction, and his Motion should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Defendant's pro se

Motion [90, 96, 100] for Retroactive Application of Sentencing Guidelines to Crack Cocaine

Offense pursuant to 18 U.S.C. § 3582 is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 9th day of February 2009.

s/*Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge